IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DESIREE WEISS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-542-JPG-DGW |
| | ) | |
| BENJAMIN R. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion for Order to Submit to Physical Examination filed by Defendant, Benjamin R. Campbell, on March 15, 2016 (Doc. 32), the Motion to Seal Exhibit B of the aforementioned Motion filed by Defendant on March 15, 2016 (Doc. 33), and the Motion to Continue Settlement Conference filed by Plaintiff, Desiree Weiss, on April 20, 2016 (Doc. 34). The Motions are **GRANTED.**

Defendant seeks an Order pursuant to Federal Rule of Civil Procedure 35(a)(1) compelling Plaintiff to sit for a physical examination. Plaintiff has not filed a response, thereby admitting the merits of the Motion pursuant to Local Rule 7.1. The parties shall cooperatively coordinate a time for the examination prior to the discovery deadline, May 6, 2016. Defendant shall file the exhibit B by April 26, 2016. The Settlement Conference is **RESET** to **June 10, 2016 at 9:00 a.m.** before the undersigned.

**IT IS SO ORDERED.**

**DATED: April 22, 2016**

*Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**