UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DESIREE WEISS,

      Plaintiff,

v.                                              Case No. 15-cv-542-JPG-DGW

BENJAMIN R. CAMPBELL,

      Defendant.

## JUDGMENT

The Court having been learned that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**DATED:** January 23, 2017                            **JUSTINE FLANAGAN,**
                                                              **Acting Clerk of Court**

                                                               *s/Tina Gray*, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**